Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888   Fax:  (630) 981-3896

In re:
ROBERT J LULLO

Case No. 09-48708
Account No.  0658

CLC CONSUMER SERVICES
2730 LIBERTY AVE
PITTSBURGH, PA  15222

ROBERT J LULLO
619 WEST GARTNER RD
NAPERVILLE, IL  60540

RICHARD L HIRSH
1500 EISENHOWER LN #800
LISLE, IL  60532

CLC CONSUMER SERVICES
2730 LIBERTY AVE
PITTSBURGH, PA  15222


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1 (f)**

   Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

   Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

   1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

   2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

   The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


   The undersigned certifies that this notice was sent to the above named parties on  July 19, 2013 .


/S/  Allison Maxwell
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee